**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

**In re:**

| | |
|---|---|
| **JAMES KENNETH JUBILEE,** | **CHAPTER 11** |
| **DEBTOR.** | **CASE NO. 13-12268-BFK** |

**SPECIALIZED LOAN SERVICING, LLC
AS SERVICING AGENT FOR GULF
HARBOUR INVESTMENTS
CORPORATION,**

    **Respondent.**

**OBJECTION TO MOTION TO SELL REAL ESTATE PURSUANT TO 11 U.S.C. §363**

**NOTICE**

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

**TO:    JAMES KENNETH JUBILEE, DEBTOR**

**A PRELIMINARY HEARING IS SCHEDULED TO BE HELD ON DECEMBER 3, 2019 AT 11:00 AM IN THE U.S. BANKRUPTCY COURT, ALEXANDRIA DIVISION, 200 S. WASHINGTON STREET, ALEXANDRIA, VA 22314, COURTROOM 1, 2ND FLOOR.**

    **Specialized Loan Servicing, LLC as Servicing Agent for Gulf Harbour Investments Corporation** ("Secured Creditor"), by counsel, submits the following in response to the Motion to Sell Real Estate Pursuant to 11 U.S.C. §363 ("Motion"):

    1.    Secured Creditor admits the allegations and facts contained in paragraphs 1-16 of the Motion to the extent they are accurate reflections of the public record. Secured Creditor denies all remaining allegations, facts, or conclusions of law contained in the Motion and hereby demands strict proof thereof.

    2.    Secured Creditor now holds the 2nd position lien on the subject property at 42506 Longacre Drive, Chantilly, VA ("Property").

    3.    Secured Creditor has not agreed to release the lien on the Property at this time.

    4.    An Order Granting Motion to Avoid Lien ("Order") was entered by this Court on August 27, 2013 with regard to the subject lien. However, the Order explicitly

Johnie R. Muncy, Esquire
Counsel for Movant
Samuel I White, P.C.
Bar No. 73248
1804 Staples Mill Road
Suite 200
Richmond, VA 23230
(804) 290-4290
File No. 73611

      requires a discharge order to be entered and completion of the Debtor's plan to void the subject lien.

5. No discharge has been entered in the instant case and Secured Creditor is not aware of a discharge in any other proceeding.

6. The plan in this proceeding is far from complete and the proposed sale is a deviation from the confirmed plan.

WHEREFORE, the Secured Creditor asks this Court for entry of an order denying the Motion, or in the alternative providing that the Secured Creditor's lien be paid in full at closing.

Respectfully submitted,

Specialized Loan Servicing, LLC As Servicing Agent For Gulf Harbour Investments Corporation

By: **/s/JOHNIE R. MUNCY**
Eric D. White, Esquire, Bar No. 21346
Michael T. Freeman, Esquire, Bar No. 65460
Brandon R. Jordan, Esquire, Bar No. 72170
Johnie R. Muncy, Esquire, Bar No. 73248
Nisha R. Patel, Esquire, Bar No. 83302
Samuel I. White, P.C.
1804 Staples Mill Road
Suite 200
Richmond, VA 23230
Tel.: (804) 290-4290
Fax: (804) 290-4298
jmuncy@siwpc.com

### CERTIFICATE OF SERVICE

I certify that on November 26, 2019, the foregoing Response was served via CM/ECF on Lawrence J. Anderson, Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to James Kenneth Jubilee, Debtor, 42506 Longacre Drive, Chantilly, VA 20152.

**/s/JOHNIE R. MUNCY**
Johnie R. Muncy, Esquire
Samuel I. White, P. C.